IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**LEE MARLIN FIELDING,**

**Defendant.**                                              **06-CR-30160-DRH**

## ORDER

**HERNDON, District Judge:**

Defendant has requested that this Court allow him to marry his fiancé, Melissa Malloy. The Court feels the U. S. Marshall Service and the agency currently housing the Defendant are in the best position to evaluate the security risks attendant to this type of visit in relation to this Defendant. Likewise, the agency currently housing the Defendant knows better than this Court the physical limitations which characterize its facility, which may or may not permit a marriage.

Accordingly, the Court **GRANTS** Defendant's motion contingent upon the U. S. Marshall's Service and the agency currently housing Defendant finding, in the reasonable exercise of their discretion, that a marriage can be physically accommodated without an unreasonable security risk.

**IT IS SO ORDERED.**

Signed this 4th day of May, 2007.

/s/       David   RHerndon
**United States District Judge**

1